EDMUND G. BROWN, JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
WILLIAM KUIMELIS
Deputy Attorney General
State Bar No. 147625
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1371
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRANKLIN NEAL BRADY,** | C06-05354 SI |
| Petitioner, | **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **THOMAS L. CAREY, Warden,** | |
| Respondent. | |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before April 14, 2007. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    IT IS SO ORDERED.

DATED:

*/s/ Susan Illston*
SUSAN ILLSTON
United States District Judge

[Proposed] Order Granting Enlargement of Time—*Brady v. Carey*—C06-05354

1