IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Franklin Neal Brady, | NO. C 06-05354 JW |
|       Petitioner, | **JUDGMENT** |
| v. | |
| Thomas L. Carey, | |
|       Respondent. | |

Pursuant to the Court's December 18, 2009 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondent Thomas L. Carey, against Petitioner Franklin Neal Brady.

The Clerk shall close this file.

Dated: December 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michele Joette Swanson michele.swanson@doj.ca.gov
Patricia Rosemary Littlefield p.littlefield@earthlink.net
William Michael Kuimelis William.kuimelis@doj.ca.gov

**Dated: December 18, 2009**                             **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California